967 A.2d 840

IN THE MATTER OF JOSE A. IZQUIERDO,
II, AN ATTORNEY AT LAW.

September 2, 2008.

## ORDER

**JOSE A. IZQUIERDO** of **WEST NEW YORK, NEW JER-SEY,** who was admitted to the bar of this State in 2002, having entered a plea of guilty in the United States District Court for the District of New Jersey to a one-count Information charging him with knowingly and willfully making materially false, fictitious and fraudulent statements and representations in violation of 18 *U.S.C.* § 1001;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOSE A. IZQUIERDO** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **JOSE A. IZQUIERDO** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSE A. IZQUIERDO** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.